IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN LIOCES, : | |
| : | |
| Plaintiff, : | |
| v. : | CASE NO.: 7:25-CV-0009 (WLS) |
| : | |
| AG-PRO COMPANIES, LLC and : | |
| AG-PRO OHIO LLC : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Before the Court is Plaintiff's Motion to Appoint Process Server (Doc. 6) ("the Motion"). However, on February 14, 2025, Waivers of Service (Docs. 8 & 9) were returned executed as to Defendant AG-PRO Companies LLC and AG-PRO Ohio LLC. Thus, all Defendants have been served. Accordingly, the Motion (Doc. 6) is **DENIED**, as moot.

**SO ORDERED**, this 18th day of February 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1