IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JOHN LIOCES, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:25-CV-00009 (WLS) |
| AG-PRO, LLC and AG-PRO OHIO, LLC, | : | |
| Defendants. | : | |

## ORDER

Before the Court is Defendants' Motion to Dismiss (Doc. 21) Plaintiff's first complaint (Doc. 1). Plaintiff has since filed an Amended Complaint (Doc. 27). An amended complaint supersedes the original complaint, and therefore renders moot any motion to dismiss that complaint. *E.g.*, *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006). Accordingly, Defendants' Motion to Dismiss (Doc. 21) is **DENIED-AS-MOOT**.

**SO ORDERED**, this 18th day of April 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1