# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

JOHN LIOCES,                                          :
                                                      :
    Plaintiff,                     :
v.                                                    :          CASE NO.: 7:25-CV-00009 (WLS)
                                                      :
AG-PRO, LLC and                                       :
AG-PRO OHIO, LLC,                                     :
                                                      :
    Defendants.                    :
                                                      :

## ORDER

On October 22, 2025, the Court granted Plaintiff's Unopposed Motion for Conditional Certification (Doc. 46). In its Discovery and Scheduling Order, the Court advised Parties that after the conclusion of class certification-related motions, "the Court will schedule a telephonic conference to set post-certification discovery deadlines. Prior to such conference, the Parties shall promptly confer and provide to the Court a joint proposed scheduling order for post-certification discovery." (Doc. 35 at 3). Accordingly, Parties are **ORDERED** to confer and provide a status report regarding the need for post-certification discovery, and, if such discovery is needed, a joint proposed scheduling order no later than **Wednesday, April 22, 2026**.

    **SO ORDERED**, this 23rd day of March 2026.

                                     **/s/ W. Louis Sands**
                                     **W. LOUIS SANDS, SR. JUDGE**
                                     **UNITED STATES DISTRICT COURT**